| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| 2 | MICHAEL D. CELIO - # 197998<br>mcelio@kvn.com |
| 3 | JO W. GOLUB - #246224<br>jgolub@kvn.com |
| 4 | REID P. MULLEN - # 270671<br>rmullen@kvn.com |
| 5 | CODY S. HARRIS - #255302<br>charris@kvn.com |
| 6 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 7 | Telephone:    415 391 5400<br>Facsimile:     415 397 7188 |

Attorneys for Defendants INTUITIVE SURGICAL, INC., LONNIE M. SMITH, GARY S. GUTHART, SALVATORE J. BROGNA, AUGUSTO V. CASTELLO, JEROME J. McNAMARA, MARK J. MELTZER, MARSHALL L. MOHR, COLIN MORALES, and DAVID J. ROSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SECURITIES LITIGATION | Case No. 5:13-cv-01920 EJD<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED<br><br>Date Filed:  April 26, 2013 |

---

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED
CASE NO. 5:13-CV-01920 EJD

807784.01

1  Defendants Intuitive Surgical, Inc., Lonnie M. Smith, Gary S. Guthart, Salvatore J.
2  Brogna, Augusto V. Castello, Jerome J. McNamara, Mark J. Meltzer, Marshall L. Mohr, Colin
3  Morales, and David J. Rosa (collectively, "Defendants") have filed an stipulated Administrative
4  Motion to Consider Whether the action entitled *Public School Teachers' Pension and Retirement
5  Fund of Chicago v. Guthart et al.*, Case No. 3:14-CV-01384-LB, currently pending before the
6  Honorable Laurel Beeler in this District, should be related to the action entitled *In re Intuitive
7  Surgical Securities Litigation*, Case No. 5:13-CV-01920-EJD, currently pending before this
8  Court.  Having carefully considered Defendants' moving papers, Defendants' motion is
9  GRANTED.

10  The Clerk is directed to reassign Case No. 3:14-CV-01384-LB to this Court, and to vacate
11  all pending dates before Judge Beeler.

12  **IT IS SO ORDERED.**

13
14  Dated: April 30, 2014

    _____
    Honorable Edward J. Davila
    JUDGE OF THE U.S. DISTRICT COURT